Per Curiam. The judgment is affirmed.

STATE OF CONNECTICUT *v.* JOHN BRADLEY
(AC 21851)

Lavery, C. J., and Bishop and West, Js.

Argued May 7—officially released May 28, 2002

Per Curiam. The judgment is affirmed.

IN RE MARY R.*
(AC 21626)

Schaller, Mihalakos and Peters, Js.

Argued May 28—officially released June 18, 2002

Per Curiam. The judgment is affirmed.

STATE OF CONNECTICUT *v.* VALENCE HAYNES
(AC 21929)

Flynn, Bishop and McDonald, Js.

Argued May 29—officially released June 18, 2002

---

* In accordance with the spirit and intent of General Statutes § 46b-142 (b) and Practice Book § 79-3, the names of the parties involved in this appeal are not disclosed. The records and papers of this case shall be open for inspection only to persons having a proper interest therein and upon order of the Appellate Court.